B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Eastern District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Traveller, Robert D** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA Robert Donald Traveller, Jr.; AKA Robert D Traveller, Jr.; AKA Robert Donald Traveller** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-1068** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **22460 Meyer Ravine Road Grass Valley, CA** ZIP Code **95949** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business: **Nevada** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

## Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**2009-47088**
FILED
December 11, 2009
8:06 AM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002278537

<table>
<tr><td>**Voluntary Petition**<br><br>*(This page must be completed and filed in every case)*</td><td>Name of Debtor(s):<br>**Traveller, Robert D**</td></tr>
</table>

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X  /s/ Alice H. Ware**                              **December 10, 2009**
Signature of Attorney for Debtor(s)                    (Date)
**Alice H. Ware 102428**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Traveller, Robert D** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **/s/ Robert D Traveller**

Signature of Debtor  **Robert D Traveller**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**December 10, 2009**

Date

**Signature of a Foreign Representative**

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

---

**Signature of Attorney\***

X **/s/ Alice H. Ware**

Signature of Attorney for Debtor(s)

**Alice H. Ware 102428**

Printed Name of Attorney for Debtor(s)

**Law Office of Alice H. Ware**

Firm Name

**6930 Destiny Drive, Suite 700**
**Rocklin, CA 95677**

Address

**Email: alice@alicewarelaw.com**
**916-781-3355  Fax: 888-811-0390**

Telephone Number

**December 10, 2009**

Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrupcey petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re    **Robert D Traveller**             Case No. _____

Debtor(s)        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Robert D Traveller
                        Robert D Traveller

Date:    December 10, 2009

Certificate Number: <u>03788-CAE-CC-005287685</u>

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 30, 2008</u>, at <u>5:15</u> o'clock <u>PM EDT</u>,

<u>Robert Traveller</u> received from

<u>Alliance Credit Counseling, Inc.</u>,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

<u>Eastern District of California</u>, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>October 30, 2008</u>    By    <u>/s/Erica Almond</u>

Name    <u>Erica Almond</u>

Title    <u>Accredited Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Eastern District of California

In re   **Robert D Traveller**    Case No. _____

                                                  Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 914,000.00 | | |
| B - Personal Property | Yes | 11 | 66,841.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,127,735.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 136,128.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,666.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,664.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 980,841.00 | | |
| Total Liabilities | | | | 1,263,863.20 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re    **Robert D Traveller**
_____,    Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,666.00 |
| Average Expenses (from Schedule J, Line 18) | 6,664.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,098.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 204,611.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 136,128.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 340,739.09 |

B6A (Official Form 6A) (12/07)

In re    **Robert D Traveller** _____ ,     Case No. _____

                              Debtor

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a pond. Property is fenced and cross fenced for horses. Each of four separate pastures has a shed for the horses. NID irrigation water. Co-owned with Kenneth Howland-joint tenancy. Location: 22460 Meyer Ravine Road, Grass Valley, CA 95949** | **Joint Tenancy** | J | 884,000.00 | 1,088,611.00 |
| **Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott. Location: Canyon Villas at Desert Ridge, Deer Valley Road, Phoenix Arizona** | | J | 30,000.00 | 4,800.00 |

|  |  |  |
|---|---:|---|
| Sub-Total > | 914,000.00 | (Total of this page) |
| Total > | 914,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

12/10/09 7:05PM

In re    **Robert D Traveller**          Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account: Checking account #01895 Location: El Dorado Savings Bank Combie Road Auburn, CA 95603 | - | 3,620.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Office: 2003 Compact Presario computer and flat screen, with HP 3820 printer Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 50.00 |
| | | Furniture: Sectional sofa set, wrought iron coffee table with glass top, matching sofa table & two end tables, 4 wood framed glass topped tables, 2 plaid arm chairs, 2 guest room arm chairs, small coffee table & 2 end tables, 2 convertible sofa chairs, 4 Torchere floor lamps Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,055.00 |
| | | Furniture: Dining room set, including table with 8 chairs, and a hutch Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 600.00 |
| | | Furniture: 5 fabric seated wood bar stools. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |
| | | Furniture: Breakfast table & 6 upholstered chairs. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |

Sub-Total >      5,525.00
(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robert D Traveller**                                          , Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Audio-Video: 42 inch Panasonic HDTV Plasma TV Co-owned with Kenneth B. Howland Location: 22460 Meyer Ravine Road, Grass Valley CA | J | 500.00 |
| | | Audio-Video: Sharp 17 inch flat screen HDTV, TV. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 75.00 |
| | | Furniture: Lawn/Patio furniture; 2 all-weather wicker sets including 2 love seats, 4 arm chairs, 2 coffee tables, 3 end tables, 4 cafe tables with 8 chairs Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 500.00 |
| | | Other: 22 Weber BBQ Kettle, Gas BBQ Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 20.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books-Music: approximately 100 CD's and vinyl albums Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |
| | | Collectibles: 3 original and signed pastel drawings, 12 wall hanging framed prints & photos, 1 original ceramic wall hanging and a pen & ink art drawing signed and numbered Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,410.00 |
| 6. Wearing apparel. | | Clothes: Assorted street and casual clothing. Work type clothing, under wear, shirts, jackets, sweaters, coats, and two suits. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 150.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Musical: Fender Stratocaster guitar & Marshall 100 watt guitar amplifier and two speaker cabinets Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 3,855.00 |
| | (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re     **Robert D Traveller**                                                      Case No. _____
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                 Sub-Total >                    **0.00**
                                                             (Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Robert D Traveller**                                                   , Case No. _____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 1996 Jaguar XJ6 sedan. 103K miles, rough trade-in condition**<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | - | **2,200.00** |
| | | **Auto: 2001 Dodge Ram club cab Diesel pick-up. 70K miles**<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | - | **7,000.00** |
| | | **Trailer: 1991 Circle J 2 horse straight load horse trailer in very poor cosmetic condition. Some body damage and rusting present**<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | - | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >     **9,700.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert D Traveller**                                                                              Case No. _____
                                                      ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | | **Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established in declining market approximately $5,000 but subject to lease/lien for 3-5 years.** Location:  Peter & Sheila Stewart, 232nd Avenue, Enumclaw Washington | - | 2,501.00 |
| | | **Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96)  broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years.  Lease is a foal for foal basis, not cash.  Purchased at $5,000 current FMV (declining market) $35,000,  Sales price subject to 18% income tax rate and 20% brokers commission payable to Stan Keeter (Sales Agent) Midcrest Farm Arabians of Enumclaw, WA. Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio) as payment for a previous debt owed by Agent. Net FMV 25,000 but subject to setoff and leases.** Location: Richfield, Ohio | - | 25,000.00 |
| | | **Animals: (#5 EVEASIAN) 21 year old open Arabian mare--actually a liability as to feed and care costs** Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 10.00 |
| | | **Animals: (#6-MADEMASELL MARWAN) 4 year old (DOB 2/21/05) purebred Arabian mare, not shown or trained.  Leased to Mary Morrison-Bundy for bredding years 2010-2012. foal to foal.** Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 2,000.00 |
| | | **Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months.** Mary Morrison-Bundy, PO Box 185, Portola, CA, Lessee Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 3,000.00 |

|  | Sub-Total > | 32,511.00 |
|---|---|---|
| | (Total of this page) | |

Sheet  __4__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    **Robert D Traveller**                                  ,     Case No. _____

                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 2,500.00 |
| | | Animals: (#8 R MAGNIFICIENT DOB 2/21/2005) 4 year old purebred Arabian gelding. Not shown or trained, pet. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,500.00 |
| | | Animals: (#2) AAVANTI  DOB 3/29/07). 2 year old purebred Arabian colt.  Minimal showing with moderate success.  Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month since 2/2008 and 20% sales commission and if sold 18% income tax applied to Debtor. Location: Rich Simpkins Training Center at Crimson Farms, 2000 W. Hwy 246, Buellton, CA | - | 10,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Various tools for home use, circular saw, cordless screw driver, saws-all, hammers, 2 weed eaters, two lawn mowers and various shovels, Craftsman riding lawn tractor/mower Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 600.00 |
| | | Other: Approximately 24 horse halters & 11 horse lead ropes of various size & condition. 2 animal clippers & horse grooming supplies. 6 - 150 gallon water troughs, 12 rubber water and feed buckets & 8 portable hay/grain feeders. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 650.00 |

|  | Sub-Total > | 15,250.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 66,841.00 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# *ROMAR ARABIANS*

**22460 Meyer Ravine Road**
**Grass Valley, CA 95949**
**(530) 268-3419**
**FAX (530) 268-1904**

## LISTING OF HORSES

**Aanika** AHA # 0572358.  DOB 04-05-97.  Mare has been offered for sale for the past 4 years without success.  Current market does not support purchases of horses.  In lieu of continued out of pocket expenses, mare has been leased on a two year basis, as a care lease.  Lease is in effect for breeding years 2009 and 2010, and may be extended with concurrence of all parties.  Lessor: Mary Morrison-Bundy, P.O. Box 185 Portola, CA. 96122.  Phone (530) 816-2123.

**Aavanti** AHA #       DOB 03-28-07.  Grey colt who has been for sale and presented to numerous parties since birth.  No offers received.  Currently managed by Rich Simpkins, at Rich Simpkins Training Center at Crimson Farms; 2000 West Hwy. 246, Buelton, CA 93427 (805) 432-6875.  Proposal is to send the colt to Scottsdale Arizona in December for presentation and marketing.  Scottsdale hosts the largest Arabian Horse show in the world in February.  Prospective buyers begin searching the Scottsdale horse farms from December through March, and many horses are successfully sold each year.

**Echo Mademaselle** AHA # 0534114  DOB 06-05-96  Agent used this mare as payment for a debt he owed to Mr. Christopher Levoyer.  Mare is located in Richfield Ohio.  Legal actions against Mr. Stan Keeter are being pursued.

**Eveangelique**  AHA # 0537342  DOB 03-27-96.  Mare foundered in July 2009.  Currently on a care lease for 2009, and 2010.  Lessor is Mr. Claude A. Pacheco; 16501 Mackinaw Way, Grass Valley, CA 95949, (530) 305-8172.  Mare is located in Grass Valley, CA.

**Eveasian** AHA # 0427453  DOB 05-31-88  Aged mare not bred, not broke to ride.  Resides with owner at 22460 Meyer Ravine Road, Grass Valley, CA. 95949  (530) 268-3419

**Mademaselle Marwan**  AHA # 0623032  DOB 05-14-05.  Mare is not broke to ride, is not able to be shown, and has been available since birth.  Currently on lease to Mary Morrison-Bundy of Portola CA (see above).  Lease is for breeding years 2010 through 2012.  Mare is currently located at owners residence, and will travel to Portola in February 2010.

*Mis Teak* AHA # 0579182  DOB 06-29-2000.  Is on lease to Peter and Sheila Stewart 232nd Ave. N.E. Enumclaw Washington 98002  (360) 825- 1524.  Lease is a 5 year foal for foal lease for breeding years 2008 through 2012.  Mare failed to conceive in 2008, and 2009.

*R Magnificent*  DOB 02-21-02  4 year old gelding, not broke to ride, not shown.  Has been for sale since birth.  Currently residing with owner at above address.  Has been offered as a gift to no avail.  No market for untrained, unproven horses in this economic environment.

# ROMAR ARABIANS

### 22460 Meyer Ravine Road
### Grass Valley, CA 95949
### (530) 268-3419
### FAX (530) 268-1904

### MARETING HISTORY

**#1. Aanika** #0572358 **(Blackstone Bey x Bint Rusaana)** DOB 4/5/97. Grey 13 year old mare with no white markings. Bred and owned by Robert Traveller. **Aanika** has been bred twice and produced two colts. She is currently open. She has been on the sales list for over 5 years, and the price has been decreased repeatedly. **This mare required surgical hospitalization in fall of 2008 with a recurring reaction to fly bites/strikes. The disease is immune system deficiency based, and is recurring and subject to additional surgical intervention.** Currently listed at $7,500.00 with no offers submitted, or expressed interest. Care lease in lieu of sale for breeding years 2009, and 2010, to Mary Morrison-Bundy, P.O. Box 185, Portola California 96122, (530) 816-2123. Mare is located in Grass Valley CA. Should lease be terminated, lessee is entitled to foal, or monetary compensation of said foal, based on prevailing market values. Price is subject to an 18 % Capital Gain/Income tax.

**#2. Aavanti** # 063382 (*Marwan Al Shaqab x Aanika) DOB 3/28/07. Grey colt. Bred and owned by Robert Traveller. Show and breeding quality two year old colt He has been available since birth, and is priced at $30,000./00. Since the age of three weeks he has been presented to a number of prospective purchasers/interested parties to no avail. No offers submitted. Sale of this colt is subject to a 20% brokers commission, payable to Rich Simpkins. Additionally, there is a lien in the amount of $$4,824.11 plus Attorney fees and a 1.5% interest payment per month since February of 2008. Lien is issued to Rob Scott, DBA "International Sales Alliance" of Ridgefield Washington. Income taxes apply at the above rate. Horse is currently stabled with Rich Simpkins at Crimson Farms, 2000 West Hwy 246 Buelton, CA 93427 (805) 432-6875. There is a possibility of having Mr. Simpkins take the colt to Scottsdale Arizona early in December for sales presentation. Scottsdale hosts the largest Arabian Horse show, and numerous sales events every year beginning in December, and continuing through March. Prior to, during, and after the February horse show, buyers from throughout the world shop Scottsdale for breeding and show prospects. The Scottsdale market has been the most prestigious and successful for over 3 decades. This opportunity is perhaps the most viable option in securing a sale of this animal. There is a past due board bill of $7000.00 owned to Mr. Simpkins. Board and conditioning is $700.00 per month. All past due obligations must be satisfied from the proceeds of sale.

**#3. Echo Mademaselle** # 0534114 **(Echo Magnifficoo x Nughayma)** DOB 6/5/96. 12 year old broodmare who is currently in foal to Canadian National Champion **Brixx.**

*Purchased as a 4 year old for $5000.00.    The mare has been available for over 2 years, with no offers submitted. Priced at $35,000.00. Sales price is subject to an income tax of 18%, and a 20% brokers commission payable to Stan Keeter (Sales Agent), Midcrest Farm Arabians of Enumclaw Washington. Currently on lease in lieu sale. **Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio), as payment for a previous transaction/debt owed by Agent.** Mare is located in Richfield Ohio. Legal actions against Mr. Keeter are being pursued.*

*#4. Eveangelique #0537342 (**Blackstone Bey** x **Eveasian**) DOB 3/27/96. Solid bay 15.2+ hand mare bred and owned by Robert Traveller. "Eve" has had two foals. The mare is not broke, and not a show horse; offered as a broodmare only. I have agreed to care lease her to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley CA 95949 (530) 305-8172 for breeding years 2009, and 2010. **Mare foundered in July of 2009.** Previously priced at $12,500.00 . Has been available for sale for over 4 years; no offers received. As with all horses bred by owner, any sale is subject to Capital Gains/Income tax at 18%. Any offers would also be subject to approval of lessee, and subject to compensation to lessee. In-utero foal belongs to lessee. Mare is located in Grass Valley California.*

*#5. Eveasian 21 year old mare bred and owned by Robert Traveller. Has been on the sales list for over 5 years with not interest expressed. Originally priced at $7,500.00, reduced to $3,500.00, then to $2,000.00. Offered to a number of parties as a gift without success. Mare is open, and is of an age not conducive to being bred. Mare is not broke, has no show record, and has no monetary value. Mare is located at the residence of owner (above).*

*#6. Mademasell Marwan # 0623032 (*****Marwan Al Shaqab** x **Echo Mademaselle**) DOB 5/14/05. Chestnut 4 year old mare, bred and owned by Robert Traveller.  Due to an injury to the tail, she can no longer be considered a "show horse" .  Would be sold a a prospective broodmare only.  Not broke to ride.  Open and never bred.  Has been priced at $10,000.00 with no interest. Sales tax applies.  Leased to Mary Morrison-Bundy, Portola California  (530) 816-2123  August of 2009, for breeding years 2010-2012. Mare is currently located at owners residence, and is scheduled to move to Portola in February 2010.*

*#7. Mis Teak # 0579182 (**Padrons Psyche** x **Braiz An**) DOB 6/29/2000.  Chestnut mare purchased as a yearling for $5,000.00.  Owned by Robert Traveller and currently on lease to Peter and Sheila Stewart, Enumclaw WA, for 3-5 years.  Not priced due to commitment to lease.*

*#8. R Magnificent #0623549 (**Echo Magnifficoo** x **Mis Teak, by Padrons Psyche**) DOB 2/21/05. Chestnut gelding with star, strip and snip.  Unshown, and not broke to ride.  Has been for sale since birth, with no interest or offers submitted.  Previously priced at $5,000.00, reduced to 3,500.00, then to $2,500 and down to $1,500.  I have attempted to give this horse away on several occasions, without success.  Impact of*

*training costs, and economic instability have resulted in this horse being perceived as a no value liability. Currently located at owners residence in Grass Valley California.*

*All of the above horses sales are subject to Capital Gain/Income taxes, and in cases where they are being represented by an agent, there is a 20% commission deducted from the sale price.*

### MAINTENANCE AND CARE

*Usual costs of care include routine health maintenance consisting of regular hoof care at $45.00 per horse every 6-8 weeks, parasite control monthly at a cost of $6.95 to 18.95 per month if administered by owner, if use of a veterinarian for this service the amount increases to include a "farm call" costs of the medication and labor at the billed rate. This can typically amount to about $35.00-$50.00 per horse without the call fee. Call fees vary between $70.00 and into the hundreds depending on the circumstances. Maintaining good nutrition will cost minimally about $10.00 per day, per horse (if purchased and administered by owner), which includes hay, grain and bedding. If boarded out, the costs range from #350.00 per month to $850.00 per month per horse, depending on the services obtained. Routine vaccinations are required and cost approximately $100.00 per year, per horse. Breeding examinations and procedures are very costly. Additional veterinary costs occur depending on unanticipated illness and/or injuries, and are billed at the prevailing rates. Castration costs approximately #300.00 per horse. Dental care is additional, and usually costs in the $200.00-$300.00 range. Training costs range from $500.00 to $1,000.00 per month.*

B6C (Official Form 6C) (12/07)

In re __Robert D Traveller__ , Case No. _____
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott.** Location: Canyon Villas at Desert Ridge, Deer Valley Road, Phoenix Arizona | C.C.P. § 703.140(b)(5) | 3,000.00 | 30,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank Account: Checking account #01895** Location: El Dorado Savings Bank Combie Road Auburn, CA 95603 | C.C.P. § 703.140(b)(5) | 4,100.00 | 3,620.00 |
| **Household Goods and Furnishings** | | | |
| **Office: 2003 Compact Presario computer and flat screen, with HP 3820 printer** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Furniture: Sectional sofa set, wrought iron coffee table with glass top, matching sofa table & two end tables, 4 wood framed glass topped tables, 2 plaid arm chairs, 2 guest room arm chairs, small coffee table & 2 end tables, 2 convertible sofa chairs, 4 Torchere floor lamps** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 1,055.00 | 1,055.00 |
| **Furniture: Dining room set, including table with 8 chairs, and a hutch** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 600.00 | 600.00 |
| **Furniture: 5 fabric seated wood bar stools.** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Furniture: Breakfast table & 6 upholstered chairs.** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Audio-Video: 42 inch Panasonic HDTV Plasma TV  Co-owned with Kenneth B. Howland** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Audio-Video: Sharp 17 inch flat screen HDTV, TV.** Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 75.00 | 75.00 |

___3___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Robert D Traveller**                                                     Case No. _____
                                                    ,
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furniture:** Lawn/Patio furniture; 2 all-weather wicker sets including 2 love seats, 4 arm chairs, 2 coffee tables, 3 end tables, 4 cafe tables with 8 chairs<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Other:** 22 Weber BBQ Kettle, Gas BBQ<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(3) | 260.00 | 20.00 |
| Books, Pictures and Other Art Objects; Collectibles<br>**Books-Music:** approximately 100 CD's and vinyl albums<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Collectibles:** 3 original and signed pastel drawings, 12 wall hanging framed prints & photos, 1 original ceramic wall hanging and a pen & ink art drawing signed and numbered<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(5) | 1,410.00 | 1,410.00 |
| Wearing Apparel<br>**Clothes:** Assorted street and casual clothing. Work type clothing, under wear, shirts, jackets, sweaters, coats, and two suits.<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(3) | 150.00 | 150.00 |
| Firearms and Sports, Photographic and Other Hobby Equipment<br>**Musical:** Fender Stratocaster guitar & Marshall 100 watt guitar amplifier and two speaker cabinets<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(5) | 1,100.00 | 1,100.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles<br>**Auto:** 1996 Jaguar XJ6 sedan.  103K miles, rough trade-in condition<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(5) | 2,200.00 | 2,200.00 |
| **Auto:** 2001 Dodge Ram club cab Diesel pick-up. 70K miles<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,300.00<br>3,700.00 | 7,000.00 |
| **Trailer:**  1991 Circle J 2 horse straight load horse trailer in very poor cosmetic condition. Some body damage and rusting present<br>**Location: 22460 Meyer Ravine Road, Grass Valley CA** | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robert D Traveller**                                                        Case No. _____
                                      _____,
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established in declining market approximately $5,000 but subject to lease/lien for 3-5 years. Location:  Peter & Sheila Stewart, 232nd Avenue, Enumclaw Washington | C.C.P. § 703.140(b)(5) | 1.00 | 2,501.00 |
| Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96)  broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years. Lease is a foal for foal basis, not cash. Purchased at $5,000 current FMV (declining market) $35,000,  Sales price subject to 18% income tax rate and 20% brokers commission payable to Stan Keeter (Sales Agent) Midcrest Farm Arabians of Enumclaw, WA.  Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio) as payment for a previous debt owed by Agent. Net FMV 25,000 but subject to setoff and leases. Location: Richfield, Ohio | C.C.P. § 703.140(b)(3) | 1,500.00 | 25,000.00 |
| Animals: (#5 EVEASIAN) 21 year old open Arabian mare--actually a liability as to feed and care costs Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 10.00 | 10.00 |
| Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months. Mary Morrison-Bundy, PO Box 185, Portola, CA, Lessee Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 500.00 | 3,000.00 |
| Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1.00 | 2,500.00 |
| Animals: (#8 R MAGNIFICIENT DOB 2/21/2005) 4 year old purebred Arabian gelding. Not shown or trained, pet. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 2,000.00 | 1,500.00 |

Sheet ___**2**___ of ___**3**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **Robert D Traveller**                   ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Animals: (#2) AAVANTI DOB 3/29/07). 2 year old purebred Arabian colt. Minimal showing with moderate success. Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month since 2/2008 and 20% sales commission and if sold 18% income tax applied to Debtor. Location: Rich Simpkins Training Center at Crimson Farms, 2000 W. Hwy 246, Buellton, CA | C.C.P. § 703.140(b)(5) C.C.P. § 703.140(b)(3) | 1,500.00 3,675.89 | 10,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Various tools for home use, circular saw, cordless screw driver, saws-all, hammers, 2 weed eaters, two lawn mowers and various shovels, Craftsman riding lawn tractor/mower Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| Other: Approximately 24 horse halters & 11 horse lead ropes of various size & condition. 2 animal clippers & horse grooming supplies. 6 - 150 gallon water troughs, 12 rubber water and feed buckets & 8 portable hay/grain feeders. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 650.00 | 650.00 |
| | Total: | 33,237.89 | 94,841.00 |

Sheet   __3__   of   __3__   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Robert D Traveller** _____,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> Claude Pacheco <br> 16501 Mackinaw Way <br> Grass Valley, CA 95949 | | - | | Broodmare lease, foal to foal 3 years 2009 through 2012) <br> Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500. | | | | | |
| | | | | Value $            2,500.00 | | | | 2,500.00 | 0.00 |
| Account No. xxxxx8637 <br><br> Countrywide Home Lending <br> Attention: Bankruptcy  SV-314B <br> Po Box 5170 <br> Simi Valley, CA 93062 | X | J | | Opened  4/01/06  Last Active  3/06/09 <br> First Mortgage <br> Single family residence: Approx. 4107 sq ft on 10 acres.  3 bedrooms, 4 baths, with an open and contemporary floor plan.  3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. | | | | | |
| | | | | Value $          884,000.00 | | | | 1,017,913.00 | 133,913.00 |
| Account No. <br><br> Mary Morrison-Bundy <br> P.O. BOX 185 <br> Portola, CA 96122 | | - | | Animals: (#6-MADEMASELL MARWAN) 4 year old (DOB 2/21/05) purebred Arabian mare, not shown or trained.  Leased to Mary Morrison-Bundy for  bredding years 2010-2012. foal to foal. <br> Location: 22460 Meyer Ravine Road, Grass Valley CA | | | | | |
| | | | | Value $            2,000.00 | | | | 2,000.00 | 0.00 |
| Account No. <br><br> Mary Morrison-Bundy <br> P.O. Box 185 <br> Portola, CA 96122 | | - | | care and bredding foal for foal 2009-2011. <br> Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months. <br> Mary Morrison-Bundy, PO Box 185, | | | | | |
| | | | | Value $            3,000.00 | | | | 2,500.00 | 0.00 |
| **1**   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 1,024,913.00 | 133,913.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re __Robert D Traveller_____,  Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Midcrest Farm Arabians** <br>P.O. Box 1207 <br>Enumclaw, WA 98022 | | - | **Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established** <br>Value $ 2,501.00 | | | | 2,500.00 | 0.00 |
| Account No. <br><br>**Midcrest Farm Arabians** <br>P.O, Box 1207 <br>Enumclaw, WA 98022 | | - | broodmare lease foal to foal in lieu of sale. <br>**Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96) broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years. Lease is a foal for foal basis, not cash.** <br>Value $ 25,000.00 | | | | 20,000.00 | 0.00 |
| Account No. xxxxx5859 <br><br>**Real Time Resolutions** <br>1750 Regal Row <br>Dallas, TX 75235 | X | J | **Opened 10/01/06 Last Active 10/31/09** <br>**Home Equity Line of Credit** <br>**Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house.** <br>Value $ 884,000.00 | | | | 70,698.00 | 70,698.00 |
| Account No. <br><br>**Rob Scott** <br>**Scott Arabians** <br>3701 NE 199th Street <br>Ridgefield, WA 98642 | | - | **Care and Sales Promotion** <br>**Animals: (#2) AAVANTI DOB 3/29/07). 2 year old purebred Arabian colt. Minimal showing with moderate success. Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month si** <br>Value $ 10,000.00 | | | X | 4,824.11 | 0.00 |
| Account No. <br><br>**Rob Scott** <br>**International Sales Alliance** <br>3701 N.E. 199 Street <br>Ridgefield, WA 98642 | X | J | **August 2009** <br>**2 year right of timeshare use** <br>**Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott.** <br>Value $ 30,000.00 | | | | 4,800.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | 102,822.11 | 70,698.00 |
| Total <br>(Report on Summary of Schedules) | 1,127,735.11 | 204,611.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re   **Robert D Traveller**                          ,        Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

12/10/09 7:05PM

In re    **Robert D Traveller** _____,    Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxxxxx5183 American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | - | | | | Opened 4/17/03 Last Active 6/10/08 Credit Card #42009 | | | | 4,617.00 |
| Account No. xxx-xxxxx-xx92-37 Bank Of America 4060 Ogletown/Stan Newark, DE 19713 | | | | | Opened 2/01/07 Last Active 10/31/08 Revolving & Unsecured Line Of Credit | | | | 58,308.00 |
| Account No. xxxx-xxxx-xxxx-4164 Cal State Central Credit Union P.O. Box 60097 City of Industry, CA 91716 | - | | | | Credit Card Visa account | | | | 10,602.23 |
| Account No. xxxx-xxxx-xxxx-3251 Citibank USA Attn.: Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | - | | | | Opened 9/01/98 Last Active 5/23/08 Home Depot Charge Account | | | | 27,546.00 |

___3___  continuation sheets attached

Subtotal (Total of this page) — **101,073.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:38667-091203    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert D Traveller**                                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx xxxxxxxx8218** <br><br> **Collection Company Of** <br> **700 Longwater Dr** <br> **Norwell, MA 02061** | - | | | **Opened 7/01/09** <br> **Collection for AT&T Mobility** | | | | 29.00 |
| Account No. **xxxxx2226** <br><br> **CPU/Citi** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | - | | | **Opened 12/01/03 Last Active 10/04/09** <br> **Phillips 66 Credit Card** | | | | 586.00 |
| Account No. **xxxxxxxxxxx0793** <br><br> **Expo/CBSD** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | | | **Opened 3/01/06 Last Active 10/31/09** <br> **Charge Account** | | | | 2,046.66 |
| Account No. **xxxx-xxxx-xxxx-5705** <br><br> **GEMB/Chevron** <br> **Attention: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA 30076** | - | | | **Opened 12/01/06 Last Active 10/07/09** <br> **Charge Account** | | | | 757.00 |
| Account No. **xxxx-xxxx-xxxx-7396** <br><br> **HSBC Best Buy** <br> **Attn: Bankruptcy** <br> **Po Box 15522** <br> **Wilmington, DE 19850** | - | | | **Opened 9/01/98 Last Active 4/20/08** <br> **Charge Account** | | | | 4,744.00 |

Sheet no.  **1**  of  **3**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,162.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert D Traveller**                                                                      Case No. _____
                                                        ,
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. **xxxxxx-xxx423-9** | | - | | | **Opened  5/01/06  Last Active 10/01/09 Charge Account** | | | | |
| **Lowes / MBGA Attention:  Bankruptcy Department Po Box 103106 Roswell, GA 30076** | | | | | | | | | 845.00 |
| Account No. | | - | | | **June 2008 Family Loan Personal loan to cover overdue house payment** | | | | |
| **Marciene F. Traveller 3728 Wandsworth Drive Shasta Lake, CA 96019** | | | | | | | | | 2,000.00 |
| Account No.  **xx*xxx9*50*B** | X | - | | | **2007-2008 Overdue maintenance fees for 2 time shares.** | | | | |
| **Marriott Vacation Club International P.O. Box 8038 Lakeland, FL 33802-8038** | | | | | | | | | 100.00 |
| Account No. | | - | | | **March - June 2008 Board, training and showing of horse** | | | | |
| **Royal Arabians Training P.O. Box 73 Butte Falls, OR 97522** | | | | | | | | | 848.00 |
| Account No. | | - | | | **December 2007, Jan, Feb, Mar. 2008 Conditioning horse for sale presentation, transportation and handling fees for presentation at sale in Scottsdale, Arizona** | | | X | |
| **Scott Arabians 3701 N.E. 199th Street Ridgefield, WA 98642** | | | | | | | | | 4,752.82 |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of                                    Subtotal                       8,545.82
Creditors Holding Unsecured Nonpriority Claims                                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert D Traveller**                            Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx6695 <br><br> **Shell Oil / Citibank** <br> **Attn.: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | - | | | **Opened 5/01/87 Last Active 10/06/09** <br> **Credit Card** | | | | 1,715.00 |
| Account No. <br><br> **Simpkin Training Center** <br> **2000 W. Hwy 246** <br> **Buellton, CA 93427** | - | | | **July 2006** <br> **Training and conditioning of colt for sale @ $625 per months** | | | | 1,560.38 |
| Account No. <br><br> **Summerwood Arabians** <br> **19037 Rosemary Lane** <br> **Grass Valley, CA 95949** | | | | **Feb 2006 & Summer of 2007** <br> **Boarding fees of horses and foaling of mares** | | | | 8,325.00 |
| Account No. xxxx-xxxx-xxxx-5880 <br><br> **TNB-Visa** <br> **Po Box 9475** <br> **Minneapolis, MN 55440** | - | | | **Opened 6/01/07 Last Active 10/01/08** <br> **Credit Card** | | | | 6,746.00 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 18,346.38 |
| Total <br> (Report on Summary of Schedules) | | 136,128.09 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    __Robert D Traveller_____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marriott Vacation Club International**<br>**P.O. Box 8038**<br>**Lakeland, FL 33802-8038** | **Two leases on timeshare real property. Co-owned with Kenneth Howland.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Robert D Traveller**                                                               Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kenneth B. Howland<br>22460 Meyer Ravine Road<br>Grass Valley, CA 95949<br>    Joint Tenant, roommate. | Real Time Resolutions<br>1750 Regal Row<br>Dallas, TX 75235 |
| Kenneth B. Howland<br>22460 Meyer Ravine Road<br>Grass Valley, CA 95949<br>    Joint tenancy-roommate. | Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 |
| Kenneth B. Howland<br>22460 Meyer Ravine Road<br>Grass Valley, CA 95949<br>    Joint tenancy with roommate | Marriott Vacation Club International<br>P.O. Box 8038<br>Lakeland, FL 33802-8038 |
| Kenneth B. Howland<br>22460 Meyer Ravine Road<br>Grass Valley, CA 95949<br>    Joint tenancy | Rob Scott<br>International Sales Alliance<br>3701 N.E. 199 Street<br>Ridgefield, WA 98642 |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Robert D Traveller**                                          Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Social Security Benefits** | $ | 1,568.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 5,098.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 6,666.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 6,666.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | 6,666.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re __Robert D Traveller__        Case No. _____
<br>Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,809.00 |
| a. Are real estate taxes included? Yes __X__ No ___ | | |
| b. Is property insurance included? Yes __X__ No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 550.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 150.00 |
| d. Other __See Detailed Expense Attachment__ | $ | 250.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 425.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 35.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 125.00 |
| e. Other __See Detailed Expense Attachment__ | $ | 21.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) __See Detailed Expense Attachment__ | $ | 799.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other __Payments to mother for personal loan__ | $ | 50.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,500.00 |
| 17. Other __See Detailed Expense Attachment__ | $ | 115.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,664.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 6,666.00 |
| b. | Average monthly expenses from Line 18 above | $ | 6,664.00 |
| c. | Monthly net income (a. minus b.) | $ | 2.00 |

B6J (Official Form 6J) (12/07)

In re __Robert D Traveller_____     Case No. _____
                                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Internet/Cable | $ | 150.00 |
| Cell Phone | $ | 100.00 |
| **Total Other Utility Expenditures** | $ | 250.00 |

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| Delta Premier | $ | 12.00 |
| DPA/VSP | $ | 9.00 |
| **Total Other Insurance Expenditures** | $ | 21.00 |

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| Federal Income Tax on Retirement Income | $ | 566.00 |
| State Income Tax on Retirement Income | $ | 233.00 |
| **Total Tax Expenditures** | $ | 799.00 |

**Other Expenditures:**

| | | |
|---|---|---:|
| Personal Care & haircuts | $ | 50.00 |
| Auto License Renewals | $ | 40.00 |
| Smog Test | $ | 5.00 |
| Wine club | $ | 20.00 |
| **Total Other Expenditures** | $ | 115.00 |

# United States Bankruptcy Court
## Eastern District of California

In re    **Robert D Traveller**                     Case No.                     
                                       Debtor(s)           Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **30**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 10, 2009**                 Signature   **/s/ Robert D Traveller**
                                                       **Robert D Traveller**
                                                       Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Robert D Traveller**            Case No. _____

                                Debtor(s)             Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 YTD Debtor Sales of livestock** |
| **$4,000.00** | **2008 Debtor Sales of livestock** |
| **$35,000.00** | **2007 Debtor Sales of livestock** |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,840.00** | **2009 YTD: Debtor Social Security Benefits** |
| **$56,089.00** | **2009 YTD: Debtor CalPERS Retirement Income** |
| **$59,592.00** | **2008 Debtor CalPERS Retirement Income** |
| **$1,234.00** | **2008 Debtor IRS Income Tax Refund** |
| **$1,012.00** | **2008 Debtor FTB Income Tax Refund** |
| **$300.00** | **2008 Debtor Economic Stimulus Rebate** |
| **$58,808.00** | **2007 Debtor CalPERS Retirement Income** |
| **$4,649.00** | **2007 Debtor IRS Income Tax Refund** |
| **$2,169.00** | **2007 Debtor FTB Income Tax Refund** |
| **$7,840.00** | **Social Security Benefits** |

## 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Countrywide Home Lending Attention: Bankruptcy  SV-314B Po Box 5170 Simi Valley, CA 93062** | **11/09 (1/2 of $3200)** | **$1,600.00** | **$1,017,913.00** |

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Marciene Traveller 3728 Wandworth Drive Mother** | **9/09, 6/09** | **$1,500.00** | **$2,000.00** |

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FIA CARD SERVICES NA, PLAINTIFF ROBERT D. TRAVELLER, DEFENDANT Case #75391** | **COMPLAINT FOR MONEY: BREACH OF CARDHOLDER AGREEMENT $58,308.81** | **SUPERIOR COURT OF CALIFORNIA COUNTY OF NEVADA, CENTRAL DIVISION 201 CHURCH STREET, SUITE 5 NEVADA CITY, CA 95959** | **SUMMONS FILED 9/11/09 & SERVED ON 10/5/09 Default Judgment dated** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Habitat for Humanity** | **Charitable organization** | **12/2/09** | **Front entry door with sidelights and back door with hardware & framing materials $400.00** |

### 8.  Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Alice H. Ware** **6930 Destiny Drive, Suite 700** **Rocklin, CA 95677** | **12-19-08** | **$1640 Filing fees and costs.** |

### 10.  Other transfers

None ☐ a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Marriott Shadow Ridge** **c/o American Timeshare Closing LLC** **PO Box 4578** **Sevierville, TN 37864** **  Timeshare Resort** | **11/30/08** | **American timeshare vacation property $5500** |

None ■ b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Summerwood Arabians**<br>**19038 Rosemary Lane**<br>**Grass Valley, CA 95949** | **June 2008**<br>**traded two purebred Arabian weanling**<br>**colts for a credit on my account balance**<br>**for board, and foaling of mares** | **3,000.00** |
| **Rich Simpkins & Suzanne Mackrell**<br>**2000 West Hwy 246**<br>**Buellton, CA** | **June 28, 2008**<br>**Traded a 20 year old purebred Arabian**<br>**mare for board, and conditioning fees** | **3,000.00** |

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1675 London Ranch Road**<br>**Glen Ellen CA 95442-0000** | **Robert Donald Traveller, Jr.** | **1974-2006** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Romar Arabians** | **1068** | **22460 Meyer Ravine Road Grass Valley, CA 95949** | **Horse breeding and marketing** | **1977 through the present** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                            ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                DATES SERVICES RENDERED
**Stephen G. Imboden**                                                                          **2007 & 2008 Income Tax Returns**
**1400 N. Dutton Avenue**
**Suite 22**
**Santa Rosa, CA 95401**

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                    DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

### 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                            (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**December 10, 2009**_____          Signature __**/s/ Robert D Traveller**_____

                                                          **Robert D Traveller**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of California

In re   **Robert D Traveller** _____    Case No. _____
                                                    Debtor(s)         Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide Home Lending** | **Describe Property Securing Debt:**<br>**Single family residence: Approx. 4107 sq ft on 10 acres.  3 bedrooms, 4 baths, with an open and contemporary floor plan.  3 car detached garage with an attached approx 700 sq ft sunroom.  Swimming pool & pool house.  Well/Pump house; and a** |

Property will be (check one):
- ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  **Debtor currently seeking loan modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>**Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a** |

Property will be (check one):

    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain   <u>**Debtor currently seeking loan modification**</u>   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   <u>**December 10, 2009**</u>         Signature   <u>**/s/ Robert D Traveller**</u>
                                                   **Robert D Traveller**
                                                   Debtor

# United States Bankruptcy Court
## Eastern District of California

In re    **Robert D Traveller**                          Case No.

                                          Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 1,640.00 |
    | Prior to the filing of this statement I have received | $ | 1,640.00 |
    | Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 10, 2009**                     **/s/ Alice H. Ware**
                                                   **Alice H. Ware 102428**
                                                   **Law Office of Alice H. Ware**
                                                    **6930 Destiny Drive, Suite 700**
                                                   **Rocklin, CA 95677**
                                                    **916-781-3355  Fax: 888-811-0390**
                                                    **alice@alicewarelaw.com**

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re  **Robert D Traveller**

_____
                              Debtor(s)

Case No. _____

Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert D Traveller**
_____
Printed Name(s) of Debtor(s)

Case No. (if known)  _____

X  **/s/ Robert D Traveller**                    **December 10, 2009**
_____
Signature of Debtor                                   Date

X  _____
Signature of Joint Debtor (if any)                Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

AT&T Mobility
PO Box 515188
Los Angeles, CA 90060

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Bleier & Cox LLP
1610 Ventura Blvd. Suite 620
Encino, CA 91436

Cal State Central Credit Union
P.O. Box 60097
City of Industry, CA 91716

Citibank USA
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Claude Pacheco
16501 Mackinaw Way
Grass Valley, CA 95949

Collection Company Of
700 Longwater Dr
Norwell, MA 02061

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

CPU/Citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Expo/CBSD
PO Box 6497
Sioux Falls, SD 57117

Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

GC Services LP
Collection Agency Division
6330 Gulfton
Houston, TX 77081

GEMB/Chevron
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076

HSBC Best Buy
Attn: Bankruptcy
Po Box 15522
Wilmington, DE 19850

Jacob Collection Group LLC
Attorneys at Law
2623 West Oxford Loop
Oxford, MS 38655

Kenneth B. Howland
22460 Meyer Ravine Road
Grass Valley, CA 95949

Lowes / MBGA
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076

Marriott Vacation Club International
P.O. Box 8038
Lakeland, FL 33802-8038

Mary Morrison-Bundy
P.O. BOX 185
Portola, CA 96122

Midcrest Farm Arabians
P.O. Box 1207
Enumclaw, WA 98022

Midcrest Farm Arabians
P.O, Box 1207
Enumclaw, WA 98022

NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047

NCO Financial Systems Inc.
1804 Washington Blvd.
Mailstop 450
Baltimore, MD 21230

Nelson, Watson & Associates LLC
80 Merrimack Street, Lower Level
Haverhill, MA 01830

Patenaude & Felix APC
4545 Murphy Canyon Road
3rd Floor
San Diego, CA 92123

Real Time Resolutions
1750 Regal Row
Dallas, TX 75235

Rob Scott
Scott Arabians
3701 NE 199th Street
Ridgefield, WA 98642

Rob Scott
International Sales Alliance
3701 N.E. 199 Street
Ridgefield, WA 98642

Royal Arabians Training
P.O. Box 73
Butte Falls, OR 97522

Scott Arabians
3701 N.E. 199th Street
Ridgefield, WA 98642


Shell Oil / Citibank
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Simpkin Training Center
2000 W. Hwy 246
Buellton, CA 93427


Summerwood Arabians
19037 Rosemary Lane
Grass Valley, CA 95949


Superior Court of California
County of Nevada
201 Church Street, Suite 5
Nevada City, CA 95959


TNB-Visa
Po Box 9475
Minneapolis, MN 55440

In re   **Robert D Traveller**
_____
                Debtor(s)

Case Number:   _____
                    (If known)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
>
> ☐ **The presumption arises.**
>
> ☒ **The presumption does not arise.**
>
> ☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>         OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $              0.00 | $ |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $              0.00 | $ |
| b. | Ordinary and necessary business expenses | $              0.00 | $ |
| c. | Business income | Subtract Line b from Line a | $              0.00 | $ |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $              0.00 | $ |
| b. | Ordinary and necessary operating expenses | $              0.00 | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | $              0.00 | $ |

| 6 | **Interest, dividends, and royalties.** | $              0.00 | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $        5,098.00 | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $              0.00 | $ |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $    **1,568.00**  Spouse $ | $              0.00 | $ |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |
| | Total and enter on Line 10 | | $              0.00 | $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $        5,098.00 | $ |
|---|---|---|---|

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | 5,098.00 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ | 61,176.00 |
| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: **CA**  b. Enter debtor's household size: **1** | $ | 48,140.00 |
| 15 | Application of Section 707(b)(7). Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>■ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | | | $ | 5,098.00 |
| 17 | Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | | | |
| | | a. | | $ | |
| | | b. | | $ | |
| | | c. | | $ | |
| | | d. | | $ | |
| | Total and enter on Line 17 | | | $ | 0.00 |
| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | | | $ | 5,098.00 |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | National Standards: food, clothing and other items. Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | | $ | 517.00 |
| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | | |

| Household members under 65 years of age | | Household members 65 years of age or older | | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | 60 | a2. | Allowance per member | 144 |
| b1. | Number of members | 1 | b2. | Number of members | 0 |
| c1. | Subtotal | 60.00 | c2. | Subtotal | 0.00 | $ | 60.00 |

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | | | $ | 476.00 |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 1,022.00 | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ 3,298.00 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ 0.00 |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|
| | _____ | $ 0.00 |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ■ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 622.00 |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 0.00 |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ■ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ 0.00 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ 489.00 |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ 489.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ 0.00 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ 489.00 |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ 799.00 |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ 0.00 |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | 0.00 |
|---|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ | 0.00 |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ | 0.00 |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ | 0.00 |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 0.00 |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ | 3,452.00 |

## Subpart B: Additional Living Expense Deductions
## Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
|  | a. | Health Insurance | $ | 0.00 | | |
|  | b. | Disability Insurance | $ | 0.00 | | |
|  | c. | Health Savings Account | $ | 0.00 | $ | 0.00 |
|  | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ _____ | | |
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
| 36 | **Protection against family violence.**  Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | 0.00 |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 38 | **Education expenses for dependent children less than 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
|---|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 0.00 |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ | 0.00 |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |
|---|---|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | Countrywide Home Lending | **Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a** | $ 2,880.00 | ■yes □no | |
| b. | Real Time Resolutions | **Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a** | $ 418.00 | □yes ■no | |
| | | | Total: Add Lines | $ | 3,298.00 |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | Countrywide Home Lending | **Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a** | $ 1,442.13 |
| b. | Real Time Resolutions | **Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an** | $ 105.25 |

| | | attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a | | | |
|---|---|---|---|---|---|
| | | | Total: Add Lines | $ | 1,547.38 |
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | | | $ | 0.00 |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | | |
| | a. | Projected average monthly Chapter 13 plan payment. | $ 0.00 | | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 10.00 | | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ | 0.00 |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | | | $ | 4,845.38 |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ | 8,297.38 |
|---|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | 5,098.00 |
|---|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | 8,297.38 |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | -3,199.38 |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | -191,962.80 |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ | |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | | |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |

Date: __**December 10, 2009**__                    Signature: __*/s/ Robert D Traveller*__

                                                                    **Robert D Traveller**
                                                                           *(Debtor)*