1  ALICE H. WARE, SBN 102428
   LAW OFFICE OF ALICE H. WARE
2  6930 Destiny Drive, Suite 700
   Rocklin, CA 95677
3  Phone: 916-781-3355

4  Attorney for Debtor
   -ROBERT TRAVELLER
5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No.: 2009-47088 |
| Robert Traveller, | DCN: AHW-01 |
|                   Debtor | Chapter 7 |
| | **MOTION TO COMPEL ABANDONMENT OF REAL and PERSONAL PROPERTY** |
| | DATE:  April 12, 2010 |
| | TIME:   9:00a.m. |
| | PLACE: U.S. Bankruptcy Court |
| |          501 I Street |
| |          Sacramento, Ca |
| | CTRM:  35, 6th Floor |
| | Judge:  Honorable Christopher Klein |

## MOTION TO COMPEL ABANDONMENT

ROBERT TRAVELLER, the Debtor herein, hereby moves this Court for an Order Compelling the Trustee to Abandon the estate's interest in certain real and personal property.  This motion is based on the following facts:

1.  This case was filed with the Court on December 11, 2009, and Michael Burkart was duly appointed as Trustee.

2. The filed schedules on this case disclose Debtor's interest in the real property at 22460 Meyer Ravine Road, Grass Valley, CA hereinafter referred to as "Real Property ASSET -I."

3. The schedules further assert that the total of the creditor's liens and the debtor's exemption claims against the subject property exceed the value of this property.

4. A summary of the estate's interest in this property is as follows:

    a. Estimated Value of the ASSET, (**EXHIBIT A**)

                                              $    884,000.00

    b. Less: Secured debt on the ASSET, (**EXHIBIT B**)    $ 1,088,611.00

    c. Less: Exemption claimed, (**EXHIBIT C**)                   $0

    d. Net value of this property to the estate,             $0

5. The filed schedules on this case disclose Debtor's interest in personal property described as seven Arabian horses identified by numbers: 1-2, 4-8 in Schedule B and C, (**EXHIBITS A and C**) respectively and specifically described therein, hereinafter referred to as "Personal Property ASSET -2."

6. The schedules further assert that the horses/ASSET-2 are subject to creditor's liens and/or contractual obligations (board and care/foal to foal agreements) and the debtor's exemption claims exceed the fair market value of these seven horses both individually and cumulatively.

7. A summary of the estate's interest in this property is as follows:

    a. Estimated Value of the ASSET, Schedule B,    $    19,511.00

    b. Less: Secured debt on the ASSET, (Schedule D)    $   34,324.00

     c. Less: Exemption claimed, (Schedule C)       $     7,689.00

     d. Net value of this property to the estate,        $0

8.  The Trustee conducted the §341 Meeting of Creditors on 1/20/2010.

7. The Trustee concluded the §341 Meeting of Creditors on 3/24/2010.  As of the date of this writing the Trustee has indicated that after extensive investigation these properties are not a target of liquidation efforts on the part of the estate.

7.  The Trustee has not challenged the Debtor's assertion of fair market values or debts.

8.  Since there is no equity in the real property (Asset-1) or personal property (Asset-2), the Trustee is not expected to file any objection to exemptions.

9.  Pursuant to 11 US Codes §554(b)

> On request of a party in interest and after notice and a hearing the court may order the trustee to abandon any property/ies of the estate that is/are burdensome to the estate or that is of inconsequential value and benefit to the estate.

10. The Debtor therefore asserts that ASSET-1 and ASSET-2 are burdensome and of inconsequential value to the estate and respectfully moves this Court to Order the Abandonment of the estate's interest in ASSET -1 AND ASSET -2, described above.

CERTIFICATION

     I, Alice H. Ware, Attorney for the Debtor herein, hereby certify under penalty of perjury that I have read the foregoing Motion to Compel Abandonment.  I further certify that the contents therein are true and correct to the best of my knowledge ad belief.

-3-

Executed at Rocklin, California.

Date: March 26, 2010            _/s/ Alice H. Ware_
                                Alice H. Ware,
                                Law Office of Alice H. Ware

ALICE H. WARE, SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677
Phone: 916-781-3355

Attorney for Debtor
-ROBERT TRAVELLER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re: ) Case No.: 2009-47088
)
Robert Traveller, ) DCN: AHW-01
)
                Debtor ) Chapter 7
)
) **DECLARATION IN SUPPORT OF**
) **MOTION TO COMPEL**
) **ABANDONMENT OF REAL AND**
) **PERSONAL PROPERTY**
)
)
) DATE:   April 12, 2010
) TIME:   9:00a.m.
) PLACE:  U.S. Bankruptcy Court
)                501 I Street
)                Sacramento, Ca
) CTRM:  35, 6th Floor
)
) Judge:  Honorable Christopher Klein

DECLARATION IN SUPPORT OF

MOTION TO COMPEL ABANDONMENT

I, ROBERT TRAVELLER, the debtor herein, hereby make this declaration in

support of the Motion to Compel Abandonment.

1.  I am in possession of the real property at 22460 Meyer Ravine Road, Grass

Valley, CA hereinafter referred to as "ASSET -1."

2.  I am the owner of and have the right of possession of the personal property

(seven Arabian Horses) thereinafter referred to as "ASSET -2."

2. I am of the opinion that ASSET -1 and ASSET -2 are burdensome and of inconsequential value to the Bankruptcy estate.

3. I have reviewed the information show in the Motion to Compel Abandonment relating to the value, liens, and exemption of this property. The information therein is true and correct to the best of my knowledge and belief.

4. I therefore request this Motion to Compel Abandonment be granted.

Dated: March 26, 2010.          /s / ROBERT TRAVELLER
                              Robert Traveller, Debtor

2009-47088-Traveller
Motion to Compel Abandonment of Real and Personal Property.  Exhibits A-C.

Exhibit #A-C:  In support of the value placed on ASSET-1 and ASSET-2

Dated: April 26, 2010

B6A (Official Form 6A) (12/07)

# EXHIBIT A

In re    **Robert D Traveller** _____,     Case No. _____

                            Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. Well/Pump house; and a pond. Property is fenced and cross fenced for horses. Each of four separate pastures has a shed for the horses. NID irrigation water. Co-owned with Kenneth Howland-joint tenancy. Location: 22460 Meyer Ravine Road, Grass Valley, CA 95949 | Joint Tenancy | J | 884,000.00 | 1,088,611.00 |
| Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott. Location: Canyon Villas at Desert Ridge, Deer Valley Road, Phoenix Arizona | | J | 30,000.00 | 4,800.00 |

|  | Sub-Total > | 914,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 914,000.00 | |

   _0_    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

# EXHIBIT A

In re    **Robert D Traveller**                                Case No. _____

                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account: Checking account #01895 Location: El Dorado Savings Bank Combie Road Auburn, CA 95603 | - | 3,620.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Office: 2003 Compact Presario computer and flat screen, with HP 3820 printer Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 50.00 |
| | | | Furniture: Sectional sofa set, wrought iron coffee table with glass top, matching sofa table & two end tables, 4 wood framed glass topped tables, 2 plaid arm chairs, 2 guest room arm chairs, small coffee table & 2 end tables, 2 convertible sofa chairs, 4 Torchere floor lamps Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,055.00 |
| | | | Furniture: Dining room set, including table with 8 chairs, and a hutch Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 600.00 |
| | | | Furniture: 5 fabric seated wood bar stools. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |
| | | | Furniture: Breakfast table & 6 upholstered chairs. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |

                                                        Sub-Total >      **5,525.00**
                                                        (Total of this page)

   __5__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

# EXHIBIT A

In re    **Robert D Traveller**                                                                    Case No. _____

_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | Audio-Video: 42 inch Panasonic HDTV Plasma TV Co-owned with Kenneth B. Howland Location: 22460 Meyer Ravine Road, Grass Valley CA | J | 500.00 |
| | | | Audio-Video: Sharp 17 inch flat screen HDTV, TV. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 75.00 |
| | | | Furniture: Lawn/Patio furniture; 2 all-weather wicker sets including 2 love seats, 4 arm chairs, 2 coffee tables, 3 end tables, 4 cafe tables with 8 chairs Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 500.00 |
| | | | Other: 22 Weber BBQ Kettle, Gas BBQ Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 20.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books-Music: approximately 100 CD's and vinyl albums Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 100.00 |
| | | | Collectibles: 3 original and signed pastel drawings, 12 wall hanging framed prints & photos, 1 original ceramic wall hanging and a pen & ink art drawing signed and numbered Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,410.00 |
| 6. | Wearing apparel. | | Clothes: Assorted street and casual clothing. Work type clothing, under wear, shirts, jackets, sweaters, coats, and two suits. Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 150.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Musical: Fender Stratocaster guitar & Marshall 100 watt guitar amplifier and two speaker cabinets Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **3,855.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **Robert D Traveller**   ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert D Traveller**                                Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto: 1996 Jaguar XJ6 sedan. 103K miles, rough trade-in condition Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 2,200.00 |
| | | Auto: 2001 Dodge Ram club cab Diesel pick-up. 70K miles Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 7,000.00 |
| | | Trailer: 1991 Circle J 2 horse straight load horse trailer in very poor cosmetic condition. Some body damage and rusting present Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >      **9,700.00**
(Total of this page)

Sheet  **3**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Robert D Traveller**
_____,
                    Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | **Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established in declining market approximately $5,000 but subject to lease/lien for 3-5 years.** Location: Peter & Sheila Stewart, 232nd Avenue, Enumclaw Washington | - | 2,501.00 |
| | | **Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96)  broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years.  Lease is a foal for foal basis, not cash.  Purchased at $5,000 current FMV (declining market) $35,000,  Sales price subject to 18% income tax rate and 20% brokers commission payable to Stan Keeter (Sales Agent) Midcrest Farm Arabians of Enumclaw, WA. Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio) as payment for a previous debt owed by Agent. Net FMV 25,000 but subject to setoff and leases.** Location: Richfield, Ohio | - | 25,000.00 |
| | | **Animals: (#5 EVEASIAN) 21 year old open Arabian mare--actually a liability as to feed and care costs** Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 10.00 |
| | | **Animals: (#6-MADEMASELL MARWAN) 4 year old (DOB 2/21/05) purebred Arabian mare, not shown or trained.  Leased to Mary Morrison-Bundy for bredding years 2010-2012. foal to foal.** Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 2,000.00 |
| | | **Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months.** Mary Morrison-Bundy, PO Box 185, Portola, CA, Lessee Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 3,000.00 |

Sub-Total >       **32,511.00**
(Total of this page)

Sheet __**4**__ of __**5**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert D Traveller**                                            Case No. _____
                                                    ,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 2,500.00 |
| | | Animals: (#8 R MAGNIFICIENT DOB 2/21/2005) 4 year old purebred Arabian gelding. Not shown or trained, pet.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 1,500.00 |
| | | Animals: (#2) AAVANTI  DOB 3/29/07). 2 year old purebred Arabian colt.  Minimal showing with moderate success.  Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month since 2/2008 and 20% sales commission and if sold 18% income tax applied to Debtor.<br>Location: Rich Simpkins Training Center at Crimson Farms, 2000 W. Hwy 246, Buellton, CA | - | 10,000.00 |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | Various tools for home use, circular saw, cordless screw driver, saws-all, hammers, 2 weed eaters, two lawn mowers and various shovels, Craftsman riding lawn tractor/mower<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 600.00 |
| | | Other: Approximately 24 horse halters & 11 horse lead ropes of various size & condition. 2 animal clippers & horse grooming supplies. 6 - 150 gallon water troughs, 12 rubber water and feed buckets & 8 portable hay/grain feeders.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | - | 650.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 15,250.00 |
| Total > | 66,841.00 |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# ROMAR ARABIANS

*22460 Meyer Ravine Road*
*Grass Valley, CA 95949*
*(530) 268-3419*
*FAX (530) 268-1904*

### LISTING OF HORSES

***Aanika** AHA # 0572358. DOB 04-05-97. Mare has been offered for sale for the past 4 years without success. Current market does not support purchases of horses. In lieu of continued out of pocket expenses, mare has been leased on a two year basis, as a care lease. Lease is in effect for breeding years 2009 and 2010, and may be extended with concurrence of all parties. Lessor: Mary Morrison-Bundy, P.O. Box 185 Portola, CA. 96122. Phone (530) 816-2123.*

***Aavanti** AHA #    DOB 03-28-07. Grey colt who has been for sale and presented to numerous parties since birth. No offers received. Currently managed by Rich Simpkins, at Rich Simpkins Training Center at Crimson Farms; 2000 West Hwy. 246, Buelton, CA 93427 (805) 432-6875. Proposal is to send the colt to Scottsdale Arizona in December for presentation and marketing. Scottsdale hosts the largest Arabian Horse show in the world in February. Prospective buyers begin searching the Scottsdale horse farms from December through March, and many horses are successfully sold each year.*

***Echo Mademaselle** AHA # 0534114 DOB 06-05-96 Agent used this mare as payment for a debt he owed to Mr. Christopher Levoyer. Mare is located in Richfield Ohio. Legal actions against Mr. Stan Keeter are being pursued.*

***Eveangelique** AHA # 0537342 DOB 03-27-96. Mare foundered in July 2009. Currently on a care lease for 2009, and 2010. Lessor is Mr. Claude A. Pacheco; 16501 Mackinaw Way, Grass Valley, CA 95949, (530) 305-8172. Mare is located in Grass Valley, CA.*

***Eveasian** AHA # 0427453 DOB 05-31-88 Aged mare not bred, not broke to ride. Resides with owner at 22460 Meyer Ravine Road, Grass Valley, CA. 95949 (530) 268-3419*

***Mademaselle Marwan** AHA # 0623032 DOB 05-14-05. Mare is not broke to ride, is not able to be shown, and has been available since birth. Currently on lease to Mary Morrison-Bundy of Portola CA (see above). Lease is for breeding years 2010 through 2012. Mare is currently located at owners residence, and will travel to Portola in February 2010.*

*Mis Teak AHA # 0579182 DOB 06-29-2000. Is on lease to Peter and Sheila Stewart 232ⁿᵈ Ave. N.E. Enumclaw Washington 98002 (360) 825- 1524. Lease is a 5 year foal for foal lease for breeding years 2008 through 2012. Mare failed to conceive in 2008, and 2009.*

*R Magnificent DOB 02-21-02 4 year old gelding, not broke to ride, not shown. Has been for sale since birth. Currently residing with owner at above address. Has been offered as a gift to no avail. No market for untrained, unproven horses in this economic environment.*

## RÓMAK ARABIANS

*22460 Meyer Ravine Road*
*Grass Valley, CA 95949*
*(530) 268-3419*
*FAX (530) 268-1904*

### *MARETING HISTORY*

*#1. Aanika #0572358 (Blackstone Bey x Bint Rusaana) DOB 4/5/97.  Grey 13 year old mare with no white markings. Bred and owned by Robert Traveller.  Aanika has been bred twice and produced two colts.  She is currently open.  She has been on the sales list for over 5 years, and the price has been decreased repeatedly.  **This mare required surgical hospitalization in fall of 2008 with a recurring reaction to fly bites/strikes. The disease is immune system deficiency based, and is recurring and subject to additional surgical intervention.**  Currently listed at $7,500.00 with no offers submitted, or expressed interest.  Care lease in lieu of sale for breeding years 2009, and 2010, to Mary Morrison-Bundy, P.O. Box 185, Portola California 96122, (530) 816-2123.  Mare is located in Grass Valley CA.  Should lease be terminated, lessee is entitled to foal, or monetary compensation of said foal, based on prevailing market values.  Price is subject to an 18 % Capital Gain/Income tax.*

*#2.  Aavanti # 063382 (\*Marwan Al Shaqab x Aanika) DOB 3/28/07.  Grey colt.  Bred and owned by Robert Traveller. Show and breeding quality two year old colt He has been available since birth, and is priced at $30,000./00.  Since the age of three weeks he has been presented to a number of prospective purchasers/interested parties to no avail.  No offers submitted.  Sale of this colt is subject to a 20% brokers commission, payable to Rich Simpkins.  Additionally, there is a lien in the amount of $$4,824.11 plus Attorney fees and a 1.5% interest payment per month since February of 2008.  Lien is issued to Rob Scott, DBA "International Sales Alliance" of Ridgefield Washington. Income taxes apply at the above rate.  Horse is currently stabled with Rich Simpkins at Crimson Farms, 2000 West Hwy 246 Buelton, CA 93427 (805) 432-6875.  There is a possibility of having Mr. Simpkins take the colt to Scottsdale Arizona early in December for sales presentation.  Scottsdale hosts the largest Arabian Horse show, and numerous sales events every year beginning in December, and continuing through March.  Prior to, during, and after the February horse show, buyers from throughout the world shop Scottsdale for breeding and show prospects.  The Scottsdale market has been the most prestigious and successful for over 3 decades.  This opportunity is perhaps the most viable option in securing a sale of this animal.  There is a past due board bill of $7000.00 owned to Mr. Simpkins.  Board and conditioning is $700.00 per month. All past due obligations must be satisfied from the proceeds of sale.*

*#3.  Echo Mademaselle # 0534114 (Echo Magnifficoo x Nughayma) DOB 6/5/96.  12 year old broodmare who is currently in foal to Canadian National Champion Brixx.*

Purchased as a 4 year old for $5000.00.    The mare has been available for over 2 years, with no offers submitted.  Priced at $35,000.00.  Sales price is subject to an income tax of 18%, and a 20% brokers commission payable to Stan Keeter (Sales Agent), Midcrest Farm Arabians of Enumclaw Washington.  Currently on lease in lieu sale.  *Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio), as payment for a previous transaction/debt owed by Agent.*  Mare is located in Richfield Ohio.  Legal actions against Mr. Keeter are being pursued.

**#4.  Eveangelique** #0537342 *(Blackstone Bey x Eveasian)* DOB 3/27/96.  Solid bay 15.2+ hand mare bred and owned by Robert Traveller.  "Eve" has had two foals.  The mare is not broke, and not a show horse; offered as a broodmare only.  I have agreed to care lease her to  Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley CA 95949 (530) 305-8172 for breeding years 2009, and 2010.  *Mare foundered in July of 2009.*  Previously priced at $12,500.00 .  Has been available for sale for over 4 years; no offers received.  As with all horses bred by owner, any sale is subject to Capital Gains/Income tax at 18%.  Any offers would also be subject to approval of lessee, and subject to compensation to lessee.  In-utero foal belongs to lessee.  Mare is located in Grass Valley California.

**#5.  Eveasian**  21 year old mare bred and owned by Robert Traveller.  Has been on the sales list for over 5 years with not interest expressed.  Originally priced at $7,500.00, reduced to $3,500.00, then to $2,000.00.  Offered to a number of parties as a gift without success.  Mare is open, and is of an age not conducive to being bred.  Mare is not broke, has no show record, and has no monetary value.  Mare is located at the residence of owner (above).

**#6.  Mademasell Marwan** # 0623032 *(*Marwan Al Shaqab x Echo Mademaselle)* DOB 5/14/05.  Chestnut 4 year old mare, bred and owned by Robert Traveller.  Due to an injury to the tail, she can no longer be considered a "show horse" .  Would be sold a a prospective broodmare only.  Not broke to ride.  Open and never bred.  Has been priced at $10,000.00 with no interest.  Sales tax applies.  Leased to Mary Morrison-Bundy, Portola California  (530) 816-2123 August of 2009, for breeding years 2010-2012.  Mare is currently located at owners residence, and is scheduled to move to Portola in February 2010.

**#7.  Mis Teak** # 0579182 *(Padrons Psyche x Braiz An)* DOB 6/29/2000.  Chestnut mare purchased as a yearling for $5,000.00.  Owned by Robert Traveller and currently on lease to Peter and Sheila Stewart, Enumclaw WA, for 3-5 years.  Not priced due to commitment to lease.

**#8.  R Magnificent** #0623549 *(Echo Magnifficoo x Mis Teak, by Padrons Psyche)* DOB 2/21/05.  Chestnut gelding with star, strip and snip.  Unshown, and not broke to ride.  Has been for sale since birth, with no interest or offers submitted.  Previously priced at $5,000.00, reduced to 3,500.00, then to $2,500 and down to $1,500.  I have attempted to give this horse away on several occasions, without success.  Impact of

*training costs, and economic instability have resulted in this horse being perceived as a no value liability. Currently located at owners residence in Grass Valley California.*

*All of the above horses sales are subject to Capital Gain/Income taxes, and in cases where they are being represented by an agent, there is a 20% commission deducted from the sale price.*

## MAINTENANCE AND CARE

*Usual costs of care include routine health maintenance consisting of regular hoof care at $45.00 per horse every 6-8 weeks, parasite control monthly at a cost of $6.95 to 18.95 per month if administered by owner, if use of a veterinarian for this service the amount increases to include a "farm call" costs of the medication and labor at the billed rate. This can typically amount to about $35.00-$50.00 per horse without the call fee. Call fees vary between $70.00 and into the hundreds depending on the circumstances. Maintaining good nutrition will cost minimally about $10.00 per day, per horse (if purchased and administered by owner), which includes hay, grain and bedding. If boarded out, the costs range from #350.00 per month to $850.00 per month per horse, depending on the services obtained. Routine vaccinations are required and cost approximately $100.00 per year, per horse. Breeding examinations and procedures are very costly. Additional veterinary costs occur depending on unanticipated illness and/or injuries, and are billed at the prevailing rates. Castration costs approximately #300.00 per horse. Dental care is additional, and usually costs in the $200.00-$300.00 range. Training costs range from $500.00 to $1,000.00 per month.*

B6D (Official Form 6D) (12/07)

In re  **Robert D Traveller**                                             ,  Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Claude Pacheco<br>16501 Mackinaw Way<br>Grass Valley, CA 95949 | | | - | Broodmare lease, foal to foal 3 years 2009 through 2012)<br>Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500. | | | | | |
| | | | | Value $          2,500.00 | | | | 2,500.00 | 0.00 |
| Account No. xxxxx8637<br><br>Countrywide Home Lending<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062 | X | | J | Opened 4/01/06 Last Active 3/06/09<br>First Mortgage<br>Single family residence: Approx. 4107 sq ft on 10 acres.  3 bedrooms, 4 baths, with an open and contemporary floor plan.  3 car detached garage with an attached approx 700 sq ft sunroom.  Swimming pool & pool house. | | | | | |
| | | | | Value $        884,000.00 | | | | 1,017,913.00 | 133,913.00 |
| Account No.<br><br>Mary Morrison-Bundy<br>P.O. BOX 185<br>Portola, CA 96122 | | | - | Animals: (#6-MADEMASELL MARWAN) 4 year old (DOB 2/21/05) purebred Arabian mare, not shown or trained.  Leased to Mary Morrison-Bundy for  bredding years 2010-2012. foal to foal.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | | | | | |
| | | | | Value $          2,000.00 | | | | 2,000.00 | 0.00 |
| Account No.<br><br>Mary Morrison-Bundy<br>P.O. Box 185<br>Portola, CA 96122 | | | - | care and bredding foal for foal 2009-2011.<br>Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months.<br>Mary Morrison-Bundy, PO Box 185, | | | | | |
| | | | | Value $          3,000.00 | | | | 2,500.00 | 0.00 |
| _1_     continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 1,024,913.00 | 133,913.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# EXHIBIT B

B6D (Official Form 6D) (12/07) - Cont.

In re **Robert D Traveller** _____  Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>Midcrest Farm Arabians<br>P.O. Box 1207<br>Enumclaw, WA 98022 | | - | | Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established | | | | | |
| | | | | Value $      2,501.00 | | | | 2,500.00 | 0.00 |
| Account No.<br><br>Midcrest Farm Arabians<br>P.O. Box 1207<br>Enumclaw, WA 98022 | | - | | broodmare lease foal to foal in lieu of sale.<br>Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96) broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years. Lease is a foal for foal basis, not cash. | | | | | |
| | | | | Value $      25,000.00 | | | | 20,000.00 | 0.00 |
| Account No. xxxxx5859<br><br>Real Time Resolutions<br>1750 Regal Row<br>Dallas, TX 75235 | | X J | | Opened 10/01/06 Last Active 10/31/09<br>Home Equity Line of Credit<br>Single family residence: Approx. 4107 sq ft on 10 acres. 3 bedrooms, 4 baths, with an open and contemporary floor plan. 3 car detached garage with an attached approx 700 sq ft sunroom. Swimming pool & pool house. | | | | | |
| | | | | Value $      884,000.00 | | | | 70,698.00 | 70,698.00 |
| Account No.<br><br>Rob Scott<br>Scott Arabians<br>3701 NE 199th Street<br>Ridgefield, WA 98642 | | - | | Care and Sales Promotion<br>Animals: (#2) AAVANTI DOB 3/29/07). 2 year old purebred Arabian colt. Minimal showing with moderate success. Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month si | | X | | | |
| | | | | Value $      10,000.00 | | | | 4,824.11 | 0.00 |
| Account No.<br><br>Rob Scott<br>International Sales Alliance<br>3701 N.E. 199 Street<br>Ridgefield, WA 98642 | | X J | | August 2009<br>2 year right of timeshare use<br>Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott. | | | | | |
| | | | | Value $      30,000.00 | | | | 4,800.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 102,822.11 | 70,698.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,127,735.11 | 204,611.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# EXHIBIT C

B6C (Official Form 6C) (12/07)

In re    **Robert D Traveller**               Case No. _____

                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Marriott timeshare property located in Phoenix, Arizona, Debtor is 50 % owner. Timeshare is a one week platinum season resort villa. Beginning February 2010, a 2-year lien will be in effect. Leinholder Mr. Rob Scott. Location: Canyon Villas at Desert Ridge, Deer Valley Road, Phoenix Arizona | C.C.P. § 703.140(b)(5) | 3,000.00 | 30,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: Checking account #01895 Location: El Dorado Savings Bank Combie Road Auburn, CA 95603 | C.C.P. § 703.140(b)(5) | 4,100.00 | 3,620.00 |
| **Household Goods and Furnishings** | | | |
| Office: 2003 Compact Presario computer and flat screen, with HP 3820 printer Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| Furniture: Sectional sofa set, wrought iron coffee table with glass top, matching sofa table & two end tables, 4 wood framed glass topped tables, 2 plaid arm chairs, 2 guest room arm chairs, small coffee table & 2 end tables, 2 convertible sofa chairs, 4 Torchere floor lamps Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 1,055.00 | 1,055.00 |
| Furniture: Dining room set, including table with 8 chairs, and a hutch Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 600.00 | 600.00 |
| Furniture: 5 fabric seated wood bar stools. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Furniture: Breakfast table & 6 upholstered chairs. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| Audio-Video: 42 inch Panasonic HDTV Plasma TV  Co-owned with Kenneth B. Howland Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Audio-Video: Sharp 17 inch flat screen HDTV, TV. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 75.00 | 75.00 |

    __3__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# EXHIBIT C

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robert D Traveller**                                          Case No. _____

_____,

Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Furniture: Lawn/Patio furniture; 2 all-weather wicker sets including 2 love seats, 4 arm chairs, 2 coffee tables, 3 end tables, 4 cafe tables with 8 chairs<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| Other: 22 Weber BBQ Kettle, Gas BBQ<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 260.00 | 20.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Books-Music: approximately 100 CD's and vinyl albums<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Collectibles: 3 original and signed pastel drawings, 12 wall hanging framed prints & photos, 1 original ceramic wall hanging and a pen & ink art drawing signed and numbered<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1,410.00 | 1,410.00 |
| **Wearing Apparel**<br>Clothes: Assorted street and casual clothing. Work type clothing, under wear, shirts, jackets, sweaters, coats, and two suits.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 150.00 | 150.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Musical: Fender Stratocaster guitar & Marshall 100 watt guitar amplifier and two speaker cabinets<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1,100.00 | 1,100.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>Auto: 1996 Jaguar XJ6 sedan.  103K miles, rough trade-in condition<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 2,200.00 | 2,200.00 |
| Auto: 2001 Dodge Ram club cab Diesel pick-up. 70K miles<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,300.00<br>3,700.00 | 7,000.00 |
| Trailer:  1991 Circle J 2 horse straight load horse trailer in very poor cosmetic condition. Some body damage and rusting present<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# EXHIBIT C

12/10/09 7:05PM

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robert D Traveller**                                                      Case No. _____

_____
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| Animals:(#7, MIS TEAK) -9 year old (dob 6/29/2000) purebred Arabian mare, currently under lease contract for a minimum of 3 years on a foal for foal basis (first foul to leasee, second foul to debtor); Purchase price $5,000, FMV established in declining market approximately $5,000 but subject to lease/lien for 3-5 years. Location:  Peter & Sheila Stewart, 232nd Avenue, Enumclaw Washington | C.C.P. § 703.140(b)(5) | 1.00 | 2,501.00 |
| Animals: (#3-ECHO MADEMASELLE) 13 year old (DOB 6/5/96)  broodmare currently open, Arabian mare currently on lease in lieu of lieu of sale for a minimum of 3 years and up to 5 years. Lease is a foal for foal basis, not cash. Purchased at $5,000 current FMV (declining market) $35,000,  Sales price subject to 18% income tax rate and 20% brokers commission payable to Stan Keeter (Sales Agent) Midcrest Farm Arabians of Enumclaw, WA.  Agent gave mare to other client (Christopher Levoyer of Richfield, Ohio) as payment for a previous debt owed by Agent. Net FMV 25,000 but subject to setoff and leases. Location: Richfield, Ohio | C.C.P. § 703.140(b)(3) | 1,500.00 | 25,000.00 |
| Animals: (#5 EVEASIAN) 21 year old open Arabian mare--actually a liability as to feed and care costs Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 10.00 | 10.00 |
| Animals: ( #1 AANIKA) 10 year old purebred Arabian mare, open with no breeding commitments.  Mare is lease in lieu of Sale 2009-2011care lease. FMV by $3,000 for the next 6 months. Mary Morrison-Bundy, PO Box 185, Portola, CA, Lessee Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 500.00 | 3,000.00 |
| Animals: (#4 EVEANGELIQUE DOB 3/27/96) 13 year old Arabian mare.  This mare is currently on care lease for 2009 & 2010 to Mr. Claude A. Pacheco, 16501 Mackinaw Way, Grass Valley, CA 95949. FMV without lease $2,500. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1.00 | 2,500.00 |
| Animals: (#8 R MAGNIFICIENT DOB 2/21/2005) 4 year old purebred Arabian gelding. Not shown or trained, pet. Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 2,000.00 | 1,500.00 |

Sheet ___**2**___ of ___**3**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# EXHIBIT C

In re   **Robert D Traveller**                                          Case No. _____
_____,
                         **Debtor**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Animals: (#2) AAVANTI  DOB 3/29/07). 2 year old purebred Arabian colt.  Minimal showing with moderate success.  Colt is currently at a training facility for sales preparation and presentation. Lein amount to be adjusted at 1.5% per month since 2/2008 and 20% sales commission and if sold 18% income tax applied to Debtor.<br>Location: Rich Simpkins Training Center at Crimson Farms, 2000 W. Hwy 246, Buellton, CA | C.C.P. § 703.140(b)(5)<br>C.C.P. § 703.140(b)(3) | 1,500.00<br>3,675.89 | 10,000.00 |
| <u>Other Personal Property of Any Kind Not Already Listed</u><br>Various tools for home use, circular saw, cordless screw driver, saws-all, hammers, 2 weed eaters, two lawn mowers and various shovels, Craftsman riding lawn tractor/mower<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| Other: Approximately 24 horse halters & 11 horse lead ropes of various size & condition. 2 animal clippers & horse grooming supplies. 6 - 150 gallon water troughs, 12 rubber water and feed buckets & 8 portable hay/grain feeders.<br>Location: 22460 Meyer Ravine Road, Grass Valley CA | C.C.P. § 703.140(b)(3) | 650.00 | 650.00 |

|  | Total: | 33,237.89 | 94,841.00 |
|---|---|---|---|